Archie D. WRIGHT, Petitioner-Appellant,

v.

W. J. ESTELLE, Jr., Director, Texas Department of Corrections, Respondent-Appellee.

No. 76–2146.

United States Court of Appeals, Fifth Circuit.

July 1, 1977.

John W. Jennings, Atty., Staff Counsel for Inmates, Huntsville, Tex., for petitioner-appellant.

John L. Hill, Atty. Gen., Joe B. Dibrell, Asst. Atty. Gen., Chief Enforcement Div., David M. Kendall, Jr., First Asst. Atty. Gen., Richel Rivers, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

(Opinion March 30, 1977, 5 Cir., 1977, 549 F.2d 971).

Before BROWN, Chief Judge, and THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT, HILL and FAY, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed.

The Clerk will specify a briefing schedule for the filing of supplemental briefs.

In re SOUTHWESTERN BELL TELEPHONE COMPANY, American Telephone and Telegraph Company, and C. L. Todd, Petitioners.

No. 76–2237.

United States Court of Appeals, Fifth Circuit.

July 21, 1977.

Jack Hebdon, Green & Kaufman, Inc., Hubert W. Green, James E. Barden, San Antonio, Tex., Dewey, Ballantine, Bushby, Palmer & Wood, Leonard Joseph, New York City, for petitioners.

Pat Maloney, San Antonio, Tex., for Gravitt.

Before BROWN, Chief Judge, GEWIN, AINSWORTH, GODBOLD, DYER, CLARK, RONEY, GEE, TJOFLAT and HILL, Circuit Judges.*

PER CURIAM:

In accordance with the opinion and judgment of the Supreme Court of the United States entered April 25, 1977, the judgment of this court entered July 9, 1976, 535 F.2d 859 granting the petition for a writ of mandamus and the judgment of this court entered November 12, 1976, 542 F.2d 297, affirming the judgment of July 9, 1976, are VACATED and judgment is entered DENYING the petition for writ of mandamus.

* Circuit Judges Wisdom, Thornberry, Coleman, Goldberg and Morgan did not participate in this decision.